UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID R. CORBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CHIEF JUSTICE LYNN JOHNSON; ) | No. 5:11-CV-148-FL |
| CHIEF JUSTICE ELIZABETH KEEVER; ) | |
| JUDGE KIMBERLY TUCKER; JUDGE ) | |
| ABRAHAM JONES; ELLEN HANCOCK; ) | |
| and DAWN DRIGGERS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 19, 2011, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed for failing to survive frivolity review under 28 U.S.C. § 1915(e). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 20, 2011, and Copies To:**

David R. Corbin (via U.S. Mail) 4908 Charger Court, Fayetteville, NC 28306

May 20, 2011                    DENNIS P. IAVARONE, CLERK
                                  /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk